UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ZENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BGB TRUCKING, INC., *et al.*, <br><br> Defendants. | Case No. 1:25-cv-0032-CDB <br><br> ORDER ON STIPULATION PERMITTING DISCOVERY AND EXTENDING DEADLINE FOR VDRP <br><br> (Doc. 11) |

On August 30, 2024, Plaintiffs Jeffrey Zens and Allison Zens ("Plaintiffs") initiated this action with the filing of a complaint in the Kern County Superior Court, Case No. BCV-24-102975. (Doc. 1). Defendants removed the action to this Court on January 8, 2025. (*Id.*).

Following the parties' agreement to participate in the Court's Voluntary Dispute Resolution Program (Doc. 6 at 4), on February 20, 2025, the Court ordered this action referred to VDRP, vacated the initial scheduling conference set for April 3, 2025, and stayed the action until either the conclusion of VDRP or upon further order from the Court. (Doc. 7). On March 14, 2025, the parties filed a notice of appointment from the VDRP Administrator appointing Gary Sanders as VDRP Neutral Attorney. (Doc. 8).

Pending before the Court is the parties' stipulated request to permit discovery and extend the deadline for VDRP, filed on May 15, 2025. (Doc. 11). The parties jointly stipulate to conduct discovery in this matter prior to participation in VDRP. (*Id.* at 1). The parties seek to ensure the

session with assigned neutral Gary Sanders is "meaningful and productive" given the "complexity of the liability issues" and of the "injuries alleged by [P]laintiffs," and the parties intend to engage in written discovery and take depositions in advance of the VDRP session. (*Id.* at 1-2). The parties further stipulate that the VDRP session with Neutral Sanders will occur in or around September of 2025 instead of the time set forth by the Local Rules regarding VDRP. (*Id.* at 2).

**Conclusion and Order**

For good cause shown by the parties' stipulated representations, including the parties' stipulation that the VDRP session with assigned neutral Gary Sanders will occur in or around September of 2025, it is HEREBY ORDERED that the parties' stipulated request (Doc. 11) is GRANTED.

The parties shall be permitted to engage in limited discovery for the purpose of preparing for the upcoming VDRP session as set for the in their stipulation (Doc. 11) and the VDRP session shall be completed no later than October 31, 2025.

IT IS SO ORDERED.

Dated:   **May 16, 2025**                              _____
                                                       UNITED STATES MAGISTRATE JUDGE